| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

ANTHONY W. CHANEY, §
HCJ 0774742, §
        Plaintiff, §
*versus* §     CIVIL ACTION H-15-2803
CEO OF FAMILY DOLLAR, *et al.*, §
        Defendants. §

## Opinion on Dismissal

Anthony W. Chaney sues the chief executive and two employees of a Houston Family Dollar Store for civil rights violations. 42 U.S.C. § 1983. Chaney is proceeding as a pauper. 28 U.S.C. § 1915. He claims employees assaulted him without good cause. Chaney seeks damages.

In a section 1983 case, the plaintiff must show that someone acting under color of state law has deprived him of a right under the Constitution or laws of the United States. *Baker v. McCollan*, 443 U.S. 137 (1979). Chaney does not raise allegations that any of the defendants acted under color of state law. There is no diversity, federal-question, or other subject-matter jurisdiction raised in the complaint. Chaney fails to state a claim recognized at law. 28 U.S.C. § 1915A(b)(1). The case will be dismissed.

The Clerk will send a copy to the District Clerk for the Eastern District of Texas, 211 West Ferguson, Tyler, Texas 75702, Attention: Manager of the Three-Strikes List, by regular mail or e-mail.

Signed _10 · 14_, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge